801 F.2d 1011
 Rosa Lee BROWN, Appellant,
v.
Otis R. BOWEN, M.D., etc., Appellee.
 No. 85-1736-SI.
 United States Court of Appeals,
Eighth Circuit.
 Aug. 12, 1986.
 
 Appeal from the United States District Court for the Southern District of Iowa; William C. Stuart, Judge.
 
 
 1
 Richard C. Turner, U.S. Atty., John E. Beamer, Robert C. Dopf, Asst. U.S. Attys., for appellee.
 
 ORDER
 
 2
 Prior Report: 8th Cir., 786 F.2d 870.
 
 
 3
 The petition for rehearing by the panel, as requested by the government, is denied; however, the court sua sponte grants a rehearing en banc; the matter shall be further stayed pending the opinion of the Supreme Court in Bowen v. Yuckert, --- U.S. ----, 106 S.Ct. 1967, 90 L.Ed.2d 652. It is therefore ordered that a rehearing en banc be granted but the matter stayed until further order of the court.